UNITED STATES BANKRUPTCY COURT
DISTRICT OF   COLORADO

| | |
|---|---|
| In re: § <br> § <br> FORESIGHT APPLICATIONS & § <br> SYSTEMS TE § <br> § <br> Debtor § | Case No. 13-13290 JGR |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

HARVEY SENDER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 <br> *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants:  0.00 | Claims Discharged <br> Without Payment:  2,706,762.18 |
| Total Expenses of Administration:   1,296,768.40 | |

3) Total gross receipts of $ 1,296,768.40  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 1,296,768.40  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,057,932.35 | 1,344,852.04 | 1,296,768.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 6,139,330.29 | 2,595,105.57 | 2,595,105.57 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 6,139,330.29 | $ 9,653,037.92 | $ 3,939,957.61 | $ 1,296,768.40 |

4) This case was originally filed under chapter 11 on 03/07/2013 , and it was converted to chapter 7 on 01/15/2015 . The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/27/2017    By:/s/HARVEY SENDER, TRUSTEE
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CHECKING/SAVINGS ACCT. | 1129-000 | 6,197.32 |
| DEMAND FORESIGHT | 1221-000 | 49,218.40 |
| DEMAND FORESIGHT | 1229-000 | 184,744.00 |
| ALLIANCE RETAINER BALANCE | 1229-000 | 37,608.68 |
| NHM INTERESTS, LLC ADVERSARY | 1241-000 | 312,500.00 |
| JP MORGAN CHASE BANK ADVERSARY | 1241-000 | 29,000.00 |
| DOCUMENT RECOVERY SOLUTION, LLC ADVERSARY | 1241-000 | 400,000.00 |
| GENESEE CAPITAL CORPORATION ADVERSARY | 1241-000 | 101,500.00 |
| AMERICAN EXPRESS COMPANY ADVERSARY | 1241-000 | 67,000.00 |
| JEANETTE L. TANSKI ADVERSARY | 1241-000 | 9,000.00 |
| DEMAND FORESIGHT | 1241-000 | 100,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 1,296,768.40** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HARVEY SENDER, TRUSTEE | 2100-000 | NA | 62,153.05 | 62,153.05 | 62,153.05 |
| HARVEY SENDER, TRUSTEE | 2200-000 | NA | 733.65 | 733.65 | 733.65 |
| SENDER WASSERMAN WADSWORTH PC | 2300-000 | NA | 348.32 | 348.32 | 348.32 |
| FIRST NATIONAL BANK OF VINITA | 2600-000 | NA | 7,076.69 | 7,076.69 | 7,076.69 |
| UNITED STATES TRUSTEE | 2950-000 | NA | 1,300.00 | 1,300.00 | 1,300.00 |
| BCM LENDING, LLC | 2990-000 | NA | 6,693,077.04 | 979,996.73 | 932,933.09 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ONPOINTE FINANCIAL VALUATION GROUP. | 2990-000 | NA | 31,800.00 | 31,800.00 | 31,800.00 |
| FREEBORN & PETERS LLP | 3210-000 | NA | 243,350.32 | 243,350.32 | 242,330.32 |
| JOHNSON, ONSAGER GUYERSON FLETCHER | 3210-600 | NA | 7,250.00 | 7,250.00 | 7,250.00 |
| FREEBORN & PETERS LLP | 3220-000 | NA | 1,020.00 | 1,020.00 | 1,020.00 |
| JOHNSON, ONSAGER GUYERSON FLETCHER | 3220-610 | NA | 535.18 | 535.18 | 535.18 |
| KAPLAN & ASSOCIATES, P.C. | 3410-000 | NA | 9,205.50 | 9,205.50 | 9,205.50 |
| KAPLAN & ASSOCIATES, P.C. | 3420-000 | NA | 82.60 | 82.60 | 82.60 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 7,057,932.35 | $ 1,344,852.04 | $ 1,296,768.40 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MANAGEMENT, ALLIANCE | 6990-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | IRS | 5800-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | AMERICAN INFOSOURCE |  | 140.48 | NA | NA | 0.00 |
|  | DR. KEITH CHAMPEAU |  | 111,516.13 | NA | NA | 0.00 |
|  | IRS |  | 0.00 | NA | NA | 0.00 |
| 000021 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 1,300.00 | 286.29 | 286.29 | 0.00 |
| 000022 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 286.29 | 140.48 | 140.48 | 0.00 |
| 000001 | BANK OF THE WEST | 7100-000 | 43,762.42 | 43,762.42 | 43,762.42 | 0.00 |
| 000007 | CHRISTINA SCALA | 7100-000 | 437,498.82 | 437,498.82 | 437,498.82 | 0.00 |
| 000016 | COLORADO DEPARTMENT OF LABOR AND EM | 7100-000 | 1,760.74 | 1,760.74 | 1,760.74 | 0.00 |
| 000014 | D. KEITH CHAMPEAU | 7100-000 | 3,541,649.72 | 135,882.72 | 135,882.72 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000019 | D. KEITH CHAMPEAU | 7100-000 | 135,882.72 | 111,516.13 | 111,516.13 | 0.00 |
| 000018 | DARRYL S. LADDIN | 7100-000 | 67,000.00 | 67,000.00 | 67,000.00 | 0.00 |
| 000008 | DRISCOLL STRAWBERRY ASSOCIATES, INC | 7100-000 | 232,931.00 | 232,931.00 | 232,931.00 | 0.00 |
| 000020 | GENESEE CAPITAL CORPORATION | 7100-000 | 64,183.56 | 64,183.56 | 64,183.56 | 0.00 |
| 000012 | HUMANA, INC. | 7100-000 | 12,261.02 | 12,261.02 | 12,261.02 | 0.00 |
| 000005 | JAMES R. HENDERSON | 7100-000 | 251,035.09 | 251,035.09 | 251,035.09 | 0.00 |
| 000015 | MAD CATZ, INC. | 7100-000 | 130,800.00 | 130,800.00 | 130,800.00 | 0.00 |
| 000013 | MICHAEL GEHMEYR | 7100-000 | 13,750.00 | 12,475.00 | 12,475.00 | 0.00 |
| 000009 | PERFICIENT, INC. | 7100-000 | 415,889.02 | 415,889.02 | 415,889.02 | 0.00 |
| 000010 | STEVEN L. HILL, ESQ. | 7100-000 | 29,932.88 | 29,932.88 | 29,932.88 | 0.00 |
| 000006 | US BANK N.A. | 7100-000 | 22,982.64 | 22,982.64 | 22,982.64 | 0.00 |
| 000004 | VECTRA BANK | 7100-000 | 40,178.00 | 40,178.00 | 40,178.00 | 0.00 |
| 000003 | VENCORE SOLUTIONS, LLC | 7100-000 | 584,589.76 | 584,589.76 | 584,589.76 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 6,139,330.29 | $ 2,595,105.57 | $ 2,595,105.57 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 13-13290 JGR Judge: JOSEPH G. ROSANIA | Trustee Name: | HARVEY SENDER, TRUSTEE |
|---|---|---|---|
| Case Name: | FORESIGHT APPLICATIONS & SYSTEMS TE | Date Filed (f) or Converted (c): | 01/15/15 (c) |
| | | 341(a) Meeting Date: | 02/18/15 |
| For Period Ending: | 04/27/17 | Claims Bar Date: | 09/04/15 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Adm (FA)/ Gross Value of Remain Assets | Lien Amount | Exempt Amount |
| 1. CHECKING/SAVINGS ACCT. | 65,000.00 | 6,197.32 | | 6,197.32 | FA | 0.00 | 0.00 |
| 2. SOFTWARE | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3. INVENTORY | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. NHM INTERESTS, LLC ADVERSARY (u) | Unknown | 312,500.00 | | 312,500.00 | FA | 0.00 | 0.00 |
| 5. JP MORGAN CHASE BANK ADVERSARY (u) | Unknown | 29,000.00 | | 29,000.00 | FA | 0.00 | 0.00 |
| 6. DOCUMENT RECOVERY SOLUTION, LLC ADVERSARY (u) | Unknown | 400,000.00 | | 400,000.00 | FA | 0.00 | 0.00 |
| 7. GENESEE CAPITAL CORPORATION ADVERSARY (u) | Unknown | 101,500.00 | | 101,500.00 | FA | 0.00 | 0.00 |
| 8. AMERICAN EXPRESS COMPANY ADVERSARY (u) | Unknown | 67,000.00 | | 67,000.00 | FA | 0.00 | 0.00 |
| 9. JEANETTE L. TANSKI ADVERSARY (u) | Unknown | 9,000.00 | | 9,000.00 | FA | 0.00 | 0.00 |
| 10. DEMAND FORESIGHT (u)    INCOME STREAM - UNKNOWN VALUE | Unknown | 333,962.40 | | 333,962.40 | FA | 0.00 | 0.00 |
| 11. ALLIANCE RETAINER BALANCE (u) | Unknown | 37,608.68 | | 37,608.68 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $65,000.00 | $1,296,768.40 | | $1,296,768.40 | $0.00 | $0.00 | $0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RECEIVED ALL SETTLEMENT FUNDS. THE FINAL TAX RETURNS HAVE BEEN FILED. THE ACCOUNTANT'S FEE APPLICATION HAS BEEN FILED.

Initial Projected Date of Final Report (TFR): 12/31/17    Current Projected Date of Final Report (TFR): 01/25/17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-13290 -JGR | | Trustee Name: | HARVEY SENDER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | FORESIGHT APPLICATIONS & SYSTEMS TE | | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | | Account Number / CD #: | 10947138 Checking Account |
| Taxpayer ID No: | 84-1613587 | | | |
| For Period Ending: | 04/27/17 | | Blanket Bond (per case limit): | $ 47,027,358.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/30/15 | 9 | J L TANSKI | SETTLEMENT | 1241-000 | 9,000.00 | | 9,000.00 |
| 01/30/15 | 8 | AMERICAN EXPRESS $65,465.70 | SETTLEMENT | 1241-000 | 67,000.00 | | 76,000.00 |
| | | AMERICAN EXPRESS $1,534.30 | | | | | |
| 02/09/15 | 1 | WELLS FARGO BANK | FUNDS ON ACCOUNT | 1129-000 | 6,197.32 | | 82,197.32 |
| 03/03/15 | 001001 | FREEBORN & PETERS LLP | CONTINGENCY FEES | 3210-000 | | 19,000.00 | 63,197.32 |
| | | 311 SOUTH WACKER DRIVE., STE. 3000 | AmEx $16,750 Order dated 2/12/15 | | | | |
| | | CHICAGO, ILLINOIS 60606-6677 | Tanski $2,250 Order dated 2/25/15 | | | | |
| 03/03/15 | 001002 | ROBERT E. KLEEMAN, JR. | ORDER DATED 2/13/15 | 2990-000 | | 15,000.00 | 48,197.32 |
| | | ONPOINTE FINANCIAL VALUATION GROUP, LLC | Retainer - Expert Witness | | | | |
| | | 8310 SOUTH VALLEY HIGHWAY, SUITE 300 | | | | | |
| | | ENGLEWOOD, COLORADO 80112 | | | | | |
| 03/06/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 74.31 | 48,123.01 |
| 04/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 72.57 | 48,050.44 |
| 04/13/15 | 10 | CRAIG COLBY | QTR RECEIPT FOR DEMAND FORESIGHT | 1229-000 | 37,800.00 | | 85,850.44 |
| 05/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 71.39 | 85,779.05 |
| 05/22/15 | 001003 | FREEBORN & PETERS LLP | ORDER DATED 5/21/15 | 3210-000 | | 7,317.80 | 78,461.25 |
| | | 311 SOUTH WACKER DRIVE., STE. 3000 | FEES AND EXPENSES | | | | |
| | | CHICAGO, ILLINOIS 60606-6677 | | | | | |
| 06/01/15 | 11 | ALLIANCE MANAGEMENT | REFUND OF ORIGINAL RETAINER | 1229-000 | 37,608.68 | | 116,069.93 |
| 06/05/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 90.08 | 115,979.85 |
| 07/06/15 | 10 | DEMAND FORESIGHT SOFTWARE | ACCOUNTS RECEIVABLE | 1221-000 | 49,218.40 | | 165,198.25 |
| 07/07/15 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 117.88 | 165,080.37 |
| 08/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 165.17 | 164,915.20 |
| 09/08/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 175.12 | 164,740.08 |
| 09/16/15 | | ONSAGER GUYERSON FLETCHER JOHNSON LLC | NET SETTLEMENT | | 21,214.82 | | 185,954.90 |
| | 5 | JOHNSON, ONSAGER GUYERSON FLETCHER | Memo Amount: 29,000.00 | 1241-000 | | | |

Page Subtotals 228,039.22 42,084.32

Ver: 19.07a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-13290 -JGR | | Trustee Name: | HARVEY SENDER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | FORESIGHT APPLICATIONS & SYSTEMS TE | | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | | Account Number / CD #: | 10947138  Checking Account |
| Taxpayer ID No: | 84-1613587 | | | |
| For Period Ending: | 04/27/17 | | Blanket Bond (per case limit): | $ 47,027,358.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | JOHNSON, ONSAGER GUYERSON FLETCHER | SETTLEMENT<br>Memo Amount:  (      7,250.00 ) | 3210-600 | | | |
| | | JOHNSON, ONSAGER GUYERSON FLETCHER | SPECIAL LITIGATION COUNSEL<br>Memo Amount:  (       535.18 ) | 3220-610 | | | |
| | | | SPECIAL COUNSEL EXPENSES | | | | |
| 10/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 179.47 | 185,775.43 |
| 11/06/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 197.26 | 185,578.17 |
| 12/07/15 | 001004 | SENDER WASSERMAN WADSWORTH PC<br>1660 LINCOLN STREET, STE 2200<br>DENVER, CO  80264 | BLANKET BOND | 2300-000 | | 95.75 | 185,482.42 |
| 12/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 190.70 | 185,291.72 |
| 01/07/16 | 4 | NHM INTERESTS, LLC | SETTLEMENT | 1241-000 | 312,500.00 | | 497,791.72 |
| 01/08/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 196.78 | 497,594.94 |
| 01/14/16 | 001005 | FREEBORN & PETERS LLP<br>311 SOUTH WACKER DRIVE., STE. 3000<br>CHICAGO, ILLINOIS  60606-6677 | ORDER DATED 1/5/16<br>CONTINGENCY FEE | 3210-000 | | 78,125.00 | 419,469.94 |
| 01/29/16 | 10 | DEMAND FORESIGHT SOFTWARE | INCOME STREAM PAYMENT | 1229-000 | 48,000.00 | | 467,469.94 |
| 02/05/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 442.70 | 467,027.24 |
| 03/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 463.89 | 466,563.35 |
| 03/25/16 | 7 | GENESEE CAPITAL CORPORATION | SETTLEMENT | 1241-000 | 45,000.00 | | 511,563.35 |
| 03/28/16 | 10 | DEMAND FORESIGHT SOFTWARE | INCOME STREAM 4TH QTR 2015 | 1229-000 | 55,204.00 | | 566,767.35 |
| 04/01/16 | 001006 | FREEBORN & PETERS LLP<br>311 SOUTH WACKER DRIVE., STE. 3000<br>CHICAGO, ILLINOIS  60606-6677 | ORDER DATED 3/9/16<br>CONTINGENCY FEE $11,250.00<br>EXPENSES $1,020.00 | | | 12,270.00 | 554,497.35 |
| | | | Fees          11,250.00 | 3210-000 | | | |
| | | | Expenses       1,020.00 | 3220-000 | | | |
| 04/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 509.15 | 553,988.20 |
| 05/06/16 | 7 | GENNESEE CAPITAL CORPORATION | SETTLEMENT | 1241-000 | 1,500.00 | | 555,488.20 |
| 05/06/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 572.21 | 554,915.99 |

Page Subtotals    462,204.00    93,242.91

Ver: 19.07a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 13-13290 -JGR | | Trustee Name: | HARVEY SENDER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | FORESIGHT APPLICATIONS & SYSTEMS TE | | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | | Account Number / CD #: | 10947138 Checking Account |
| Taxpayer ID No: | 84-1613587 | | | |
| For Period Ending: | 04/27/17 | | Blanket Bond (per case limit): | $ 47,027,358.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 588.81 | 554,327.18 |
| 06/08/16 | 7 | GENESSEE CAPITAL CORPORATION | SETTLEMENT PAYMENT | 1241-000 | 1,500.00 | | 555,827.18 |
| * 06/14/16 | 001007 | ONPOINTE FINANCIAL VALUATION GROUP, LLC  8310 SOUTH VALLEY HIGHWAY, SUITE 300 ENGLEWOOD, COLORADO  80112 | ORDER DATED 6/14/16 | 2990-003 | | 10,980.00 | 544,847.18 |
| * 06/28/16 | 001007 | ONPOINTE FINANCIAL VALUATION GROUP, LLC  8310 SOUTH VALLEY HIGHWAY, SUITE 300 ENGLEWOOD, COLORADO  80112 | ORDER DATED 6/14/16 INCORRECT AMOUNT | 2990-003 | | -10,980.00 | 555,827.18 |
| 06/28/16 | 001008 | ONPOINTE FINANCIAL VALUATION GROUP, LLC  8310 SOUTH VALLEY HIGHWAY, SUITE 300 ENGLEWOOD, COLORADO  80112 | ORDER DATED 6/14/16 | 2990-000 | | 180.00 | 555,647.18 |
| 06/28/16 | 001009 | FREEBORN & PETERS LLP  311 SOUTH WACKER DRIVE., STE. 3000 CHICAGO, ILLINOIS  60606-6677 | ORDER DATED 3/9/16 CONTINGENCY FEE | 3210-000 | | 750.00 | 554,897.18 |
| 07/08/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 570.77 | 554,326.41 |
| 07/11/16 | 7 | GENESSEE CAPITAL CORPORATION | SETTLEMENT PAYMENT | 1241-000 | 1,500.00 | | 555,826.41 |
| 08/05/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 589.98 | 555,236.43 |
| 08/11/16 | 7 | GENESSEE CAPITAL CORPORATION | SETTLEMENT PAYMENT | 1241-000 | 1,500.00 | | 556,736.43 |
| 09/08/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 590.76 | 556,145.67 |
| 09/13/16 | 7 | GENESEE CAPITAL CORPORATION | SETTLEMENT PAYMENT | 1241-000 | 1,500.00 | | 557,645.67 |
| 09/26/16 | 10 | DEMAND FORESIGHT SOFTWARE | INCOME STREAM 1ST QTR 2016 | 1229-000 | 43,740.00 | | 601,385.67 |
| 10/06/16 | 7 | GENESEE CAPITAL CORPORATION | SETTLEMENT PAYMENT | 1241-000 | 1,500.00 | | 602,885.67 |
| 10/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 578.39 | 602,307.28 |
| 11/01/16 | 6 | TREVOR PETTENNUDE | SETTLEMENT | 1241-000 | 400,000.00 | | 1,002,307.28 |
| 11/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 639.30 | 1,001,667.98 |
| 11/10/16 | 7 | GENESEE CAPITAL CORPORATION | SETTLEMENT PAYMENT | 1241-000 | 1,500.00 | | 1,003,167.98 |
| | | | Page Subtotals | | 452,740.00 | 4,488.01 | |

Ver: 19.07a

LFORM24

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-13290 -JGR | | Trustee Name: | HARVEY SENDER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | FORESIGHT APPLICATIONS & SYSTEMS TE | | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | | Account Number / CD #: | 10947138  Checking Account |
| Taxpayer ID No: | 84-1613587 | | | |
| For Period Ending: | 04/27/17 | | Blanket Bond (per case limit): | $ 47,027,358.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/21/16 | 7, 10 | BCL SPECIALTY FINANCE LLC | SETTLEMENT | 1241-000 | 146,000.00 | | 1,149,167.98 |
| 11/21/16 | 001010 | BCM LENDING, LLC<br>C/O LEVENFELD PEARLSTEIN, LLC<br>2 N. LASALLE STREET, SUITE 1300<br>CHICAGO, IL 60602 | ORDER DATED 11/17/16<br>PROCEEDS FROM THE SALE OF COLLATERAL | 2990-000 | | 379,962.40 | 769,205.58 |
| 12/01/16 | 001011 | FREEBORN & PETERS LLP<br>311 SOUTH WACKER DRIVE., STE. 3000<br>CHICAGO, ILLINOIS  60606-6677 | ORDER DATED 12/1/16 | 3210-000 | | 125,887.52 | 643,318.06 |
| 12/01/16 | 001012 | ONPOINTE FINANCIAL VALUATION GROUP, LLC<br>8310 SOUTH VALLEY HIGHWAY, SUITE 300<br>ENGLEWOOD, COLORADO  80112 | ORDER DATED 12/1/16 | 2990-000 | | 16,620.00 | 626,698.06 |
| 01/03/17 | 001013 | SENDER WASSERMAN WADSWORTH PC<br>1660 LINCOLN STREET, STE 2200<br>DENVER, CO  80264 | BOND | 2300-000 | | 252.57 | 626,445.49 |
| 02/16/17 | 001014 | KAPLAN & ASSOCIATES, P.C.<br>5500 GREENWOOD PLAZA, BLVD. STE 100<br>GREENWOOD VILLAGE, CO  80111 | ORDER DATED 2/16/17<br>FEES | 3410-000 | | 9,205.50 | 617,239.99 |
| 02/16/17 | 001015 | KAPLAN & ASSOCIATES, P.C.<br>5500 GREENWOOD PLAZA, BLVD. STE 100<br>GREENWOOD VILLAGE, CO  80111 | ORDER DATED 2/16/17<br>EXPENSES | 3420-000 | | 82.60 | 617,157.39 |
| 03/21/17 | 001016 | HARVEY SENDER, TRUSTEE<br>1660 LINCOLN STREET, SUITE 2200<br>DENVER, CO  80264 | Chapter 7 Compensation/Fees | 2100-000 | | 62,153.05 | 555,004.34 |
| 03/21/17 | 001017 | HARVEY SENDER, TRUSTEE<br>1660 LINCOLN STREET, SUITE 2200<br>DENVER, CO  80264 | Chapter 7 Expenses | 2200-000 | | 733.65 | 554,270.69 |
| 03/21/17 | 001018 | UNITED STATES TRUSTEE<br>BYRON G. ROGERS FEDERAL BUILDING<br>1961 STOUT STREET, SUITE 12-200 | Claim 000017, Payment 100.0000%<br>(17-1) UNITED STATES TRUSTEE FEES | 2950-000 | | 1,300.00 | 552,970.69 |

Page Subtotals          146,000.00          596,197.29

Ver: 19.07a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 13-13290 -JGR | Trustee Name: | HARVEY SENDER, TRUSTEE |
|---|---|---|---|
| Case Name: | FORESIGHT APPLICATIONS & SYSTEMS TE | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | Account Number / CD #: | 10947138  Checking Account |
| Taxpayer ID No: | 84-1613587 | | |
| For Period Ending: | 04/27/17 | Blanket Bond (per case limit): | $ 47,027,358.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/21/17 | 001019 | DENVER, CO 80294<br>BCM LENDING, LLC<br>C/O LEVENFELD PEARLSTEIN, LLC<br>2 N. LASALLE ST.<br>STE. 1300<br>CHICAGO, IL  60602 | Claim 000011B, Payment 85.5946% | 2990-000 | | 552,970.69 | 0.00 |

|   |   |   |   |   |
|---|---|---|---|---|
| Memo Allocation Receipts: | 29,000.00 | COLUMN TOTALS | 1,288,983.22 | 1,288,983.22 | 0.00 |
| Memo Allocation Disbursements: | 7,785.18 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 1,288,983.22 | 1,288,983.22 | |
| Memo Allocation Net: | 21,214.82 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 1,288,983.22 | 1,288,983.22 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 29,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 7,785.18 | Checking Account - 10947138 | 1,288,983.22 | 1,288,983.22 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 21,214.82 | | 1,288,983.22 | 1,288,983.22 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                       0.00              552,970.69

Ver: 19.07a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*